IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC, )<br>   Plaintiff, )<br>  ) Civil Action No. 6:14-cv-82<br>v. )<br>  ) **JURY TRIAL DEMANDED**<br>GREAT PLAINS MANUFACTURING, INC., )<br>   Defendant. )<br>  ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Clear With Computers, LLC and defendant Great Plains Manufacturing, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated May 27, 2014, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Andrew W. Spangler* | */s/ Scott R. Brown* |
| Andrew W. Spangler TX SB #24041960 | Phillip Aurentz  TX SB #24959404 |
|     spangler@spanglerlawpc.com |     paurentz@mckoolsmith.com |
| Spangler Law P.C. | McKool Smith P.C. |
| 208 N. Green Street, Suite 300 | 300 Crescent Court, Suite 1500 |
| Longview, TX 75601 | Dallas, TX 75201 |
| Telephone:  (903) 753-9300 | Telephone:  (214) 978-4000 |
| Facsimile:  (903) 553-0403 | Facsimile: (214) 978-4044 |
| | |
| Stamatios Stamoulis DE SB #4606 | Scott R. Brown (admitted *pro hac vice*) |
|     stamoulis@swdelaw.com |     sbrown@hoveywilliams.com |
| Richard C. Weinblatt DE SB #5080 | Matthew B. Walters (admitted pro hac vice) |
|     weinblatt@swdelaw.com |     mwalters@hoveywilliams.com |
| Stamoulis & Weinblatt LLC | Hovey Williams LLP |
| Two Fox Point Centre | 10801 Mastin Blvd., Suite 1000 |
| 6 Denny Road, Suite 307 | Overland Park, KS 66210 |
| Wilmington, DE 19809 | Telephone: (913) 647-9050 |
| Telephone:  (302) 999-1540 | Facsimile: (913) 647-9057 |
| Facsimile:  (302) 762-1688 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Great Plains Manufacturing, Inc.* |
| *Clear With Computers, LLC* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Andrew W. Spangler*
Andrew W. Spangler