IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC, <br>       Plaintiff, <br><br> v. <br><br> GREAT PLAINS MANUFACTURING, INC., <br>       Defendant. | ) <br> ) <br> ) Civil Action No. 6:14-cv-82 <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff Clear With Computers, LLC and defendant Great Plains Manufacturing, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated May 27, 2014, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Andrew W. Spangler* <br> Andrew W. Spangler TX SB #24041960 <br>     spangler@spanglerlawpc.com <br> Spangler Law P.C. <br> 208 N. Green Street, Suite 300 <br> Longview, TX 75601 <br> Telephone:  (903) 753-9300 <br> Facsimile:  (903) 553-0403 <br><br> Stamatios Stamoulis DE SB #4606 <br>     stamoulis@swdelaw.com <br> Richard C. Weinblatt DE SB #5080 <br>     weinblatt@swdelaw.com <br> Stamoulis & Weinblatt LLC <br> Two Fox Point Centre <br> 6 Denny Road, Suite 307 <br> Wilmington, DE 19809 <br> Telephone:  (302) 999-1540 <br> Facsimile:  (302) 762-1688 <br><br> *Attorneys for Plaintiff* <br> *Clear With Computers, LLC* | */s/  Scott R. Brown* <br> Phillip Aurentz  TX SB #24959404 <br>     paurentz@mckoolsmith.com <br> McKool Smith P.C. <br> 300 Crescent Court, Suite 1500 <br> Dallas, TX 75201 <br> Telephone:  (214) 978-4000 <br> Facsimile: (214) 978-4044 <br><br> Scott R. Brown (admitted *pro hac vice*) <br>     sbrown@hoveywilliams.com <br> Matthew B. Walters (admitted pro hac vice) <br>     mwalters@hoveywilliams.com <br> Hovey Williams LLP <br> 10801 Mastin Blvd., Suite 1000 <br> Overland Park, KS 66210 <br> Telephone: (913) 647-9050 <br> Facsimile: (913) 647-9057 <br><br> *Attorneys for Defendant* <br> *Great Plains Manufacturing, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Andrew W. Spangler*
Andrew W. Spangler